UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————X

PEDRO ANTONIO PAULA,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.
————————————————X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/20/08

CIVIL JUDGMENT

08 Civ. 1121 (KMW)

On February 4, 2008, the Court granted plaintiff thirty (30) days to submit either the $350 filing fee or an *in forma pauperis* (IFP) application with a Prisoner Authorization Form. As plaintiff has failed to submit the fee or required forms as specified it is,

**ORDERED, ADJUDGED AND DECREED:** That the action is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

**SO ORDERED.**

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                                      Chief Judge

Dated: MAR 2 0 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 3/21/08